UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IRIS JIMENEZ,

        Plaintiff,

    -against-

BENTLEY REALTY COMPANY OF N.Y.,
INC., et al.,

        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __01/23/26__

25-CV-03803 (JLR) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

On December 11, 2025, the Court scheduled a settlement conference for January 27, 2026. 12/11/25 Order (Dkt. 27), at 1. In that same Order, the Court directed that "[n]o later than January 20, 2026, one week before the conference, each party shall submit a confidential settlement letter to chambers by email, addressed to Moses_NYSDChambers@nysd.uscourts.gov," and outlined the specific information that each letter must include. 12/11/25 Order, at 2-3.

The Court has received confidential settlement letters from plaintiff Iris Jimenez and defendant Bentley Realty, but not from defendant Acropolis Shoes. Acropolis Shoes is therefore in violation of an order of this Court. No later than **January 26, 2026**, defendant Acropolis Shoes **must** submit its confidential settlement letter in compliance with the 12/11/25 Order.

Dated: New York, New York
      January 23, 2026

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**