```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___05/06/26___
```

May 6, 2026

The Honorable Barbara Moses
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> Application GRANTED IN PART. The continued settlement conference scheduled for May 7, 2026 at 2:15 p.m. (Dkt. 37), will take place remotely, via Zoom, at the same date and time. Log-in information will be sent to counsel in advance of the conference. SO ORDERED.
>
> <u>May 6, 2026</u>

Re:     Request to Adjourn Settlement Conference, or Convert to Telephonic Status Conference
        <u>Jimenez v. Bentley Realty Co. of N.Y., Inc. and Acropolis Shoes, Inc.; 1:25-cv-03803</u>

Dear Judge Moses:

The parties to the above-referenced action, Plaintiff Iris Jiminez, Defendant Bentley Realty Co. of N.Y., Inc. and Defendant Acropolis Shoes, Inc. (each a "Party" and collectively the "Parties") jointly submit this request to adjourn the settlement conference scheduled for tomorrow, May 6, 2026, *sine die*. Alternatively, the Parties respectfully ask the Court to convert the settlement conference to a telephonic status conference.  The reason for this request follows.

This morning, the Parties agreed that the written settlement documents (a settlement agreement and stipulation of remediation) are final and accepted for execution. Each Party has represented that they will execute and deliver their respective signed settlement documents to each other by May 11, 2026.  The Parties will then file the stipulation of remediation with the Court by May 13, 2026.

Although the Parties have not exchanged their respective signed settlement documents, given their representations to each other, each Party is of the belief that a settlement conference is not the best use of the Court's or the Parties', time and resources.  The Parties therefore, respectfully ask the Court to adjourn the settlement conference, sine die, or should the Court prefer, to  convert the settlement conference to a telephonic status conference.

The Parties apologize for this belated request, and thank the Court for the time and attention provided to this matter.

## MEMO ENDORSED

Respectfully,

**HANSKI PARTNERS LLC**

By: <u>  /s/ Adam S. Hanski</u>
Adam S. Hanski, Esq.
*Attorneys for Plaintiff*
4 International Dr, Ste 110
Rye Brook, NY 10573
Tel: 212.248.7400
Email: ash@disabilityrightsny.com

**THE VOTAW LAW FIRM, PLLC**

By:<u>/s/ Joshua J. Votaw</u>
Joshua J. Votaw, Esq.
*Attorneys for Defendant*
*Bentley Realty Company of N.Y., Inc.*
419 East 72nd Street,
New York NY 10021
Tel: (917) 830-4079
Email: joshua.votaw@gmail.com

**LAW OFFICES OF ENRIQUE A. LEAL**

By:_ /s/ Enrique Armando Leal
Enrique Armando Leal, Esq.
*Attorneys for Defendant Acropolis Shoes, Inc.*
4222 Broadway, New York, NY 10033
Tel: (212) 787-7760
Email: enriqueleal219@gmail.com

2